JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MELVIN SIMMONS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY MACOMBER, et al.,<br><br>　　　　　Respondents. | Case No. 2:25-cv-08342-HDV-JDE<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the action is dismissed without prejudice to Petitioner filing a new action if he obtains permission from the Ninth Circuit to file a second or successive petition.

Dated: September 15, 2025

_____
HERNÁN D. VERA
United States District Judge